No. 306. KESSLER v. BUICK MOTOR Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Cody Fowler* and *Charles Rogers Fenwick* for petitioner. *Mr. Edward N. Pagelsen* for respondent.

No. 307. TERRY ET AL. v. MIDLAND REFINING Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Frank J. Hogan, Nelson T. Hartson, Charles R. Brice,* and *Ellis Douthit* for petitioners. *Mr. J. O. Seth* for respondent.

Nos. 309 and 310. NEWBERRY ET AL. v. DAVISON CHEMICAL Co. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Frank S. Spruill* and *Leon Tobriner* for petitioners. *Mr. Larry I. Moore* for respondent.

No. 314. INTERTYPE CORP. ET AL. v. PULVER. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herbert S. Phillips* for petitioners. *Mr. Jefferson D. Stephens* for respondent.

No. 315. ADAMS v. COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Nathan L. Miller* and *Edward B. Burling* for petitioner. *Solicitor General Biggs, Mr. Sewall Key,* and